1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4

5    JOSE IVAR PINEDA CAMPOS,              Case No.  25-cv-06920-JD

6              Plaintiff,

                                          **ORDER RE PRELIMINARY**
7         v.                              **INJUNCTION**

8    SERGIO ALBARRAN, et al.,

9              Defendants.

10         Petitioner Jose Ivar Pineda Campos, an asylum seeker from Nicaragua, filed a writ of

11   habeas corpus against respondents Sergio Albarran[1], Field Office Director of the San Francisco

12   Immigration and Customs Enforcement (ICE) Office; Todd Lyons, Acting Director of ICE; Kristi

13   Noem, Secretary of the U.S. Department of Homeland Security; and Pam Bondi, U.S. Attorney

14   General, all named in their official capacities. *See* Dkt. No. 1.  Pineda Campos filed an application

15   for a temporary restraining order for release from detention, Dkt. No. 2, which the duty judge

16   granted, Dkt. No. 4.  He asks for a preliminary injunction barring detention by respondents

17   without a prior hearing before a neutral decisionmaker. *See* Dkt. No. 15.  The parties' familiarity

18   with the record is assumed and an injunction is granted.

19         The salient facts are undisputed, and the government has not indicated that any material

20   facts have changed since the TRO was granted.  Pineda Campos has raised a serious legal

21   question, and demonstrated a likelihood of success, with respect to the merits of whether he may

22   be detained in the circumstances presented here, and has also made a sufficient showing on the

23   other factors that the Court considers when granting a preliminary injunction. *See Am. Fed'n of*

24   *Gov't Emps., AFL-CIO v. Trump*, No. 25-CV-03070-JD, 2025 WL 1755442, at \*8 (N.D. Cal.

25   June 24, 2025) (citing *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir.

26   2011)); Dkt. No. 4 at 12-19.  The government's contentions to the contrary have been addressed

27

28   [1] Respondent Sergio Albarran is substituted for Polly Kaiser pursuant to Federal Rule of Civil
     Procedure 25(d).

United States District Court
Northern District of California

United States District Court
Northern District of California

1   and disallowed by the Court in cases substantively identical to this one.  *See Caicedo Hinestroza*

2   *et al. v. Kaiser et al.*, 25-cv-07559-JD, Dkt. No. 8 (N.D. Cal. Sept. 9, 2025).  That discussion and

3   reasoning are incorporated here.  The government has not presented a good reason to reach a

4   different conclusion at this time.

5          Consequently, a preliminary injunction is granted on the ensuing terms.  If circumstances

6   change materially, the government may request a modification of the injunction.

7          (1)  Respondents, and their officers, agents, employees, attorneys, and any person acting in

8   concert with them, or at their behest, and who has knowledge of this injunction, are enjoined from

9   detaining petitioner Jose Ivar Pineda Campos without a pre-detention hearing before a neutral

10  decisionmaker.

11         (2)  Respondents, and their officers, agents, employees, attorneys, and any person acting in

12  concert with them, or at their behest, and who has knowledge of this injunction, are enjoined from

13  transferring petitioner Jose Ivar Pineda Campos out of the District without the Court's prior

14  approval.

15         There is no realistic likelihood of harm to respondents from enjoining their conduct, and so

16  Pineda Campos need not give security under Federal Rule of Civil Procedure 65(c).  *See*

17  *Jorgensen v. Cassiday*, 320 F.3d 906, 919-20 (9th Cir. 2003); *Barahona-Gomez v. Reno*,

18  167 F.3d 1228, 1237 (9th Cir. 1999).

19         The parties are directed to jointly propose by November 28, 2025, a briefing schedule on

20  the petition for a writ of habeas corpus.

21         **IT IS SO ORDERED.**

22  Dated: November 5, 2025

25  JAMES DONATO
    United States District Judge

2