Jordan Weiner (SBN 356297)
jordan@lrcl.org
La Raza Centro Legal
474 Valencia St., Ste. 295
San Francisco, CA 94103
Telephone: (415) 553-3435

*Attorney for Petitioner*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE IVAR PINEDA CAMPOS,<br><br>　　Petitioner,<br><br>　v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>　　Respondents. | Case No. 3:25-cv-06920-JD<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND RESTRICTED DOCKET ENTRIES AND [**~~PROPOSED~~**] ORDER** |

1.  Pursuant to the Court's preliminary injunction order (ECF No. 22), the Parties met and conferred and now jointly propose the following briefing schedule on the petition for a writ of habeas corpus:

    Respondents' return: February 16, 2026

    Petitioner's traverse: March 15, 2026

2.  Additionally, the Court directed the parties to submit a joint statement with respect to whether the docket entries should be unrestricted (ECF No. 23). The parties met and conferred on the issue and agree that remote access to electronic files in this case should remain limited as set forth in Federal Rule of Civil Procedure 5.2(c).

DATED: November 24, 2025　　　　　　　　　/s/ Jordan Weiner*
　　　　　　　　　　　　　　　　　　　　JORDAN WEINER
　　　　　　　　　　　　　　　　　　　　LA RAZA CENTRO LEGAL

　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner

DATED: November 24, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CRAIG H. MISSAKIAN
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth Warren Brakebill
　　　　　　　　　　　　　　　　　　　　KENNETH W. BRAKEBILL
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　Attorneys for Respondents

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred inz the filing of this document.

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Parties' proposed briefing schedule is hereby ADOPTED as the ORDER of the Court. Respondents shall file their return on or before February 16, 2026. Petitioner shall file her traverse on or before March 15, 2026.

IT IS SO ORDERED.

DATED: November 25, 2025

_____
The Honorable James Donato
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE
NO. 3:25-cv-06920-JD